UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-24197-CV-KING

JOSE E. LOPEZ,

    Plaintiff,

v.

MASTER TECH SATELLITE, INC. and
GODFREY PESTANA,

    Defendants.
_____/

## ORDER RESERVING RULING ON MOTION FOR APPROVAL OF SETTLEMENT

**THIS MATTER** comes before the Court upon the parties' Joint Motion for Approval of Settlement (the "Motion") (DE 25), filed April 21, 2014. This is an action to recover unpaid minimum wages and overtime wages under the Fair Labor Standards Act ("FLSA"). In the Motion, the parties seek the Court's approval of their Confidential Settlement Agreement and General Release, which, the parties stipulate, "fairly resolves the dispute between them as to the instant action." However, pursuant to the Eleventh Circuit Court of Appeals' holding in *Lynn's Food Stores*, "compromises of FLSA back wage or liquidated damage claims" must be presented to the Court for the Court's approval of the settlement as a "fair and reasonable resolution of a bona fide dispute" before the Court may dismiss a FLSA action. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1352-53, 1355 (11th Cir. 1982). Here, the parties have failed to present their proposed settlement to the Court, and, accordingly, the Court is unable to scrutinize the settlement. The Court would be pleased to consider the settlement, and will reserve ruling on the Motion until a copy of the settlement is provided for the Court's review.

1

Accordingly, after a careful review of the record and the Court being otherwise advised in the premises, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the Court shall **RESERVE RULING** on the Joint Motion for Approval of Settlement **(DE 25)** until the parties submit a copy of the settlement for the Court's review. As the parties are clearly seeking to keep their confidential settlement agreement out of the public record, the same may be submitted by filing a Notice of Filing in CM/ECF and concurrently submitting the confidential settlement agreement directly to chambers at king@flsd.uscourts.gov for *in camera* review.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 22nd day of April, 2014.

*[signature]*
JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORDIA

**Cc: All Counsel of Record**